# EXHIBIT A

US00D817007S

(12) **United States Design Patent**    (10) Patent No.:    **US D817,007 S**
Guy-Rabi et al.                                   (45) Date of Patent:   ** **May 8, 2018**

(54) **HAIR STRAIGHTENING BRUSH**

(71) Applicant: **GUY A. SHAKED INVESTMENTS LTD.**, Tel Aviv (IL)

(72) Inventors: **Sharon Guy-Rabi**, Ra'anana (IL); **Yakov Guy**, Ra'anana (IL)

(73) Assignee: **GUY A. SHAKED INVESTMENTS LTD.**, Tel Aviv (IL)

(**) Term: **15 Years**

(21) Appl. No.: **29/571,609**

(22) Filed: **Jul. 20, 2016**

**Related U.S. Application Data**

(63) Continuation of application No. 14/401,540, filed as application No. PCT/IL2013/050420 on May 16, 2013, now Pat. No. 9,591,906.

(51) **LOC (11) Cl.** .............................................. **04-02**
(52) **U.S. Cl.**
USPC ............................................ **D4/136**; D4/100
(58) **Field of Classification Search**
USPC ......... D4/100, 102, 114, 115, 116, 117, 128, D4/130, 132, 133, 134, 136, 138, 199; D28/35

(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D24,044 S   *  2/1895   Estabrook ...................... D4/138
674,120 A   *  5/1901   Montgomery ........... A46B 7/04
                                                              15/176.5

(Continued)

FOREIGN PATENT DOCUMENTS

CN   303072348   *  1/2015
CN   303798139   *  8/2016

(Continued)

OTHER PUBLICATIONS

Specification of PCT/IL2013/050420, filed May 16, 2013. Publication date: Nov. 21, 2013. Retrieved from the Internet Sep. 7, 2017. URL:          <https://patentscope.wipo.int/search/en/detail. jsf?docId=WO2013171750&redirectedID=true>. (15 pages) (Year: 2013).*

(Continued)

*Primary Examiner* — Karen E Eldridge Powers
(74) *Attorney, Agent, or Firm* — Dorsey & Whitney LLP

(57) **CLAIM**

The ornamental design for a hair straightening brush, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a hair straightening brush, according to a first embodiment;
FIG. **2** is a top plan view of the hair straightening brush shown in FIG. **1**;
FIG. **3** is a bottom plan view of the hair straightening brush shown in FIG. **1**;
FIG. **4** is a side elevational view of the hair straightening brush shown in FIG. **1**, with the other side elevational view being a mirror image;
FIG. **5** is a front elevational view of the hair straightening brush shown in FIG. **1**; and,
FIG. **6** is a rear elevational view of the hair straightening brush shown in FIG. **1**.
Any combination of the illustrated features, including claimed features and non-claimed features, may be claimed in this application or a continuing application claiming priority to this application by converting any portion of the broken lines to solid lines, any portion of the solid lines to broken lines, or both.

**1 Claim, 3 Drawing Sheets**



# US D817,007 S
Page 2

(58) **Field of Classification Search**
CPC .. A45D 2/002; A45D 2/00; A46B 9/02; A46B 9/06; A46B 9/023; A46B 9/028; A46B 5/02; A46B 9/005; A46B 2200/104
See application file for complete search history.

(56) **References Cited**

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D168,914 S | * | 2/1953 | Snyder | D4/136 |
| 2,770,827 A | * | 11/1956 | Brandenburg | A46B 11/063 401/291 |
| D200,525 S | * | 3/1965 | Kellogg | D24/211 |
| D201,429 S | * | 6/1965 | Hartwell | D24/211 |
| D230,105 S | * | 1/1974 | Newman | 34/96 |
| D334,666 S | * | 4/1993 | Bell | D28/13 |
| 8,627,537 B2 | * | 1/2014 | Mercier | A46B 9/02 132/120 |
| D764,180 S | * | 8/2016 | Treeby | D4/136 |
| 9,591,906 B2 | * | 3/2017 | Guy-Rabi | A46B 9/06 |
| D795,595 S | * | 8/2017 | Exley | D4/121 |

| | | | | |
|---|---|---|---|---|
| 2004/0016066 A1 | * | 1/2004 | Frazier | A46B 15/0002 15/1.52 |
| 2016/0262518 A1 | * | 9/2016 | Guy-Rabi | A46B 3/005 |
| 2017/0119124 A1 | * | 5/2017 | Guy-Rabi | A45D 20/48 |
| 2017/0215540 A1 | * | 8/2017 | Qin | A45D 2/002 132/118 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 303808863 | * | 8/2016 |
| CN | 303846628 | * | 9/2016 |
| CN | 304008565 | * | 1/2017 |
| EM | 003149541-0001 | * | 5/2016 |

## OTHER PUBLICATIONS

Phoenix Hair Straightener Brush and Ceramic Dryer with US Plug [on-line]. Earlier reviews dating from May 2016; retrieved from the Internet Apr. 17, 2017. URL: <https://www.amazon.com/Hair-Straightener-Brush-Ceramic-Dryer/dp/B01E0L6GRK/ref=>. (15 pages) (Year: 2016).*

* cited by examiner



FIG. 1



FIG. 2                    FIG. 3



FIG. 5

FIG. 6

FIG. 4