# EXHIBIT B

US00D842539S

| (12) | United States Design Patent | (10) Patent No.: | US D842,539 S |
|---|---|---|---|
| | Guy-Rabi et al. | (45) Date of Patent: ** | Mar. 5, 2019 |

(54) **HAIR STRAIGHTENING BRUSH**

(71) Applicant: **GUY O. A MANAGEMENT & INVESTMENT SERVICES LTD.**, Tel Aviv (IL)

(72) Inventors: **Sharon Guy-Rabi**, Ra'anana (IL); **Yakov Guy**, Ra'anana (IL)

(73) Assignee: **GUY O.A. MANAGEMENT & INVESTMENT SERVICES LTD.**, Tel Aviv (IL)

(**) Term: **15 Years**

(21) Appl. No.: **29/576,761**

(22) Filed: **Sep. 7, 2016**

(30) **Foreign Application Priority Data**

Jun. 12, 2016 (CN) ............................ 2016 3 0232967
Jun. 12, 2016 (CN) ............................ 2016 3 0232969

(51) **LOC (11) Cl.** .............................................. **28-03**
(52) **U.S. Cl.**
  USPC ............................................ **D28/35**; D4/100
(58) **Field of Classification Search**
  USPC ......... D4/100, 102, 114, 115, 116, 117, 121, D4/128, 130, 132, 133, 134, 136, 138, D4/199; D28/35; 15/207.2; 132/137, 132/142, 150
  CPC ..... A46B 2200/104; A46B 5/02; A46B 9/023; A46B 9/026; A46B 9/06; A46B 9/02; A45D 2/00; A45D 2/002; A45D 2001/004
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D24,044 S | * | 2/1895 | Estabrook | ...................... D4/138 |
| 674,120 A | * | 5/1901 | Montgomery | ........... A46B 7/04 |
| | | | | 15/176.5 |
| D168,914 S | * | 2/1953 | Snyder | .......................... D4/136 |

(Continued)

FOREIGN PATENT DOCUMENTS

| CN | 303072348 | * | 1/2015 |
| CN | 303750209 | * | 7/2016 |

(Continued)

OTHER PUBLICATIONS

Screen shots from video of DAFNI-Go travel hair straightening brush [on-line]. Published Nov. 9, 2016; retrieved from the Internet Sep. 27, 2018. URL: https://www.youtube.com/watch?v=p4jjHR1nTI8. (Year: 2016).*

(Continued)

*Primary Examiner* — Karen E Eldridge Powers
(74) *Attorney, Agent, or Firm* — Dorsey & Whitney LLP

(57) **CLAIM**

The ornamental design for a hair straightening brush, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a design for a hair straightening brush;
FIG. **2** is a bottom plan view of the hair straightening brush shown in FIG. **1**;
FIG. **3** is a top plan view of the hair straightening brush shown in FIG. **1**;
FIG. **4** is a right side elevation view of the hair straightening brush shown in FIG. **1**; the left side elevation view being a mirror image;
FIG. **5** is a front elevation view of the hair straightening brush shown in FIG. **1**; and,
FIG. **6** is a rear elevation view of the hair straightening brush shown in FIG. **1**.
The features shown in broken lines do not form part of the claimed design.

**1 Claim, 6 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,770,827 | A | * | 11/1956 | Brandenburg ....... A46B 11/063 401/291 |
| D200,525 | S | * | 3/1965 | Kellogg ........................ D24/211 |
| D201,429 | S | * | 6/1965 | Hartwell ....................... D24/211 |
| D230,105 | S | * | 1/1974 | Newman ........................... 34/96 |
| D439,747 | S | * | 4/2001 | Harris ............................ D4/136 |
| 8,627,537 | B2 | * | 1/2014 | Mercier .................. A46B 9/02 132/120 |
| D764,180 | S | * | 8/2016 | Treeby ............................ D4/136 |
| 9,591,906 | B2 | * | 3/2017 | Guy-Rabi ................ A46B 9/06 |
| D795,595 | S | * | 8/2017 | Exley ............................ D4/121 |
| D804,188 | S | * | 12/2017 | Du ................................ D4/100 |
| 9,877,562 | B2 | * | 1/2018 | Guy-Rabi ............. A46B 3/005 |
| 2004/0016066 | A1 | * | 1/2004 | Frazier ............... A46B 15/0002 15/1.52 |
| 2005/0109755 | A1 | * | 5/2005 | Rachal ..................... A45D 1/18 219/222 |
| 2016/0227898 | A1 | * | 8/2016 | Wu ........................ A45D 2/002 |
| 2017/0215540 | A1 | * | 8/2017 | Qin ........................ A45D 2/002 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 303798300 | * | 8/2016 |
| CN | 303939602 | * | 11/2016 |
| CN | 303939819 | * | 11/2016 |
| CN | 303972496 | * | 12/2016 |
| EM | 003149541-0001 | * | 5/2016 |
| JP | D1573171 | * | 2/2016 |

OTHER PUBLICATIONS

DAFNI Go Hair Straightening Brush in Blue [on-line]. Publication date unknown; retrieved from the Internet Sep. 27, 2018. URL: <https://www.bedbathandbeyond.com/store/product/dafni-go-hair-straightening-brush-in-blue>. (3 pages) (Year: 2018).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6