UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD., | Case No. 2:19-cv-10593-AB-MAA |
| Plaintiffs, | **[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ACTIVE SETTLEMENT DISCUSSIONS** |
| v. | |
| TRADE BOX, LLC AND TRE MILANO, LLC, | |
| Defendants. | |

The Court **GRANTS** the Parties' Joint Stipulation to Stay the Case Pending Active Settlement Discussions. This case is hereby **STAYED** in its entirety until June 28, 2024.

**IT IS SO ORDERED.**

Dated:  June 10, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1