JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY A. SHAKED INVESTMENTS LTD. AND DAFNI HAIR PRODUCTS, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TRADE BOX, LLC AND TRE MILANO, LLC, <br><br> Defendants. | Case No. 2:19-cv-10593-AB-MAA <br><br> [~~PROPOSED~~] <br><br> **ORDER DISMISSING THE ENTIRE CASE DUE TO SETTLEMENT BY THE PARTIES** |

Before the Court is the Parties' Request For Dismissal Of The Entire Case.

Having considered the request, the Court **GRANTS** the Request.  This case is hereby **DISMISSED** With Prejudice, with each Party to bear its own fees and costs.

The status conference set for September 27, 2024 is **VACATED**.

**IT IS SO ORDERED.**

Dated:  September 26, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1